# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**DOCKETED**

DEC 0 1 2004

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                  Plaintiff,

        v.

PJR ENTERPRISES, INC. d/b/a
JIFFY LUBE,

                  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**JUDGE CONLON**

CIVIL ACTION NO.

**04C 7736**

COMPLAINT   MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**JURY TRIAL DEMAND**

**FILED**

NOV 2 9 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission")
brings this action against PJR Enterprises, Inc. d/b/a Jiffy Lube ("Jiffy Lube") pursuant to Title
VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in order to correct
Jiffy Lube's unlawful employment practices on the basis of sex, and to provide appropriate relief
to Virginia C. Petrov ("Petrov") and a class of similarly situated female employees (the "class")
who were adversely affected by such practices. As alleged in paragraph seven below, the
Commission alleges that Jiffy Lube subjected Petrov and the class to sexual harassment.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,
1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of
Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title
VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.



2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3.     Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     Defendant, PJR Enterprises, Inc. d/b/a Jiffy Lube ("Jiffy Lube"), is currently a corporation and at all relevant times has continuously been a corporation doing business in the State of Illinois and has continuously had at least 15 employees.

5.     At all relevant times, Jiffy Lube has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Petrov filed a charge with the Commission alleging a violation of Title VII by Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least January 2003, Defendant engaged in an unlawful employment practice by subjecting Petrov and the class to sexual harassment at its facility in Lincolnwood, Illinois, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1).

8.    The effect of the practice complained of in paragraph seven above has been to deprive Petrov and the class of equal employment opportunities and to otherwise adversely affect their employee status.

9.    The unlawful employment practice complained of in paragraph seven above was intentional.

10.    The unlawful employment practice complained of in paragraph seven above was done with malice or with reckless indifference to Petrov and the class's federally protected rights.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Jiffy Lube, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment.

B.    Order Jiffy Lube to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practice based on sex.

C.    Order Jiffy Lube to make whole Petrov and the class by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.    Order Jiffy Lube to make whole Petrov and the class by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in paragraph seven above in amounts to be determined at trial.

3

E.      Order Jiffy Lube to make whole Petrov and the class by providing compensation for past and future non-pecuniary losses resulting from the unlawful practice complained of in paragraph seven above, including losses resulting from any emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

F.      Order Jiffy Lube to pay Petrov and the class punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

ERIC S. DRIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington D.C. 20507

LAURIE A. YOUNG
Regional Attorney

MICHELLE EISELE
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

5

BOBBY C. SIMPSON
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Louisville Area Office
600 Martin Luther King, Jr. Place
Suite 268
Louisville, Kentucky 40202-2285
(502) 582.6308 (Direct Dial)
(502) 582.5895 (Facsimile)
Email: Bobby.Simpson@eeoc.gov

Local Counsel:          Gregory Gochanour
                        Supervisory Trial Attorney
                        EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION
                        Chicago District Office
                        500 W. Madison St., Suite 2800
                        Chicago, IL 60661
                        Phone: (312) 886-9124
                        Fax: (312) 353-8555
                        E-mail: Gregory.Gochanour@eeoc.gov

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**DOCKETED**

DEC 0 1 2004

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s): Equal Employment Opportunity Commission** | **Defendant(s):PJR Enterprises, Inc. d/b/a Jiffy Lube** |
| County of Residence: | County of Residence: Cook County |
| Plaintiff's Atty: Bobby C. Simpson<br>EEOC-Louisville Area Office<br>600 Dr. Martin Luther King Jr.<br>Pl, Ste 268<br>(502) 582-6308 | Defendant's Atty: Brad J. Pawlowski<br>Fritzshall Law Firm<br>First Floor, 6584 N.<br>Northwest Highway,<br>Chicago, IL 60631<br>(773) 763-2805 |

II. Basis of Jurisdiction:　1. U.S. Gov't Plaintiff

**JUDGE CONLON**

**04C 7736**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
　　　　　　　　Plaintiff:-N/A
　　　　　　　Defendant:-N/A

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

IV. Origin :　　　1. Original Proceeding

V. Nature of Suit:　　442 Employment

VI.Cause of Action:　**Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices.**

VII. Requested in Complaint
　　　Class Action: No
　　Dollar Demand:
　　Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**FILED**

NOV 2 9 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature:

Date: November 28, 2004　11/29/4

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

1-2

**DOCKETED**

**DEC 0 1 2004**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Equal Employment Opportunity Commission
Plaintiff,

v.

PJR Enterprises, Inc. d/b/a Jiffy Lube

**JUDGE CONLON**

Case Number: **04C 7736**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

the U.S. Equal Employment Opportunity Commission, Plaintiff

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Bobby C. Simpson | NAME Gregory Gochanour |
| FIRM US EEOC-Louisville Area Office | FIRM US EEOC-Chicago District Office |
| STREET ADDRESS 600 Dr. Martin Luther King Jr. Pl Ste 268 | STREET ADDRESS 500 West Madison Street, Ste 2800 |
| CITY/STATE/ZIP Louisville, Kentucky 40202-2285 | CITY/STATE/ZIP Chicago District Office |
| TELEPHONE NUMBER (502) 582-6308 — FAX NUMBER (502) 582-5435 | TELEPHONE NUMBER (312) 886-9124 — FAX NUMBER (312) 353-8555 |
| E-MAIL ADDRESS bobby.simpson@eeoc.gov | E-MAIL ADDRESS gregory.gochanour@eeoc.gov |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06210804 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☑ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Michelle Eisele | NAME Laurie A. Young |
| FIRM US EEOC-Indianapolis District Office | FIRM US EEOC-Indianapolis District Office |
| STREET ADDRESS 101 West Ohio Street, Suite 1900 | STREET ADDRESS 101 West Ohio Street, Suite 1900 |
| CITY/STATE/ZIP Indianapolis, Indiana 46204-4203 | CITY/STATE/ZIP Indianapolis, Indiana 46204-4203 |
| TELEPHONE NUMBER (317) 226-7059 — FAX NUMBER (317) 226-5571 | TELEPHONE NUMBER (317) 226-7202 — FAX NUMBER (317) 226-5571 |
| E-MAIL ADDRESS Michelle.Eisele@eeoc.gov | E-MAIL ADDRESS Laurie.Young@eeoc.gov |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |

MICHAEL W. DOBBINS, CLERK